United States District Court
Southern District of Texas
**ENTERED**
December 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSHUA MORENO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-245 |
| | § | |
| OFFICER SRGT. WILLIAMS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's civil rights action. After having reviewed the said Report and Recommendation, and no objections having been filed, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 9 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that Plaintiff's civil rights action should be **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and that this case be **CLOSED**.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED December 30, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge